**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

MARY E. HENDERSON,

    Plaintiff,

vs.                              CASE NO. 3:05-cv-861-J-HTS

JO ANNE B. BARNHART,
Commissioner of the
Social Security Administration,

    Defendant.

_____

**O R D E R**

This cause is before the Court on Defendant's Motion to Dismiss Plaintiff's Complaint (Doc. #4; Motion), filed on November 14, 2005. Plaintiff's Response to Defendant's Answer (Doc. #9; Response) was filed on December 23, 2005. Defendant's Response to Plaintiff's Response to Defendant's Answer (Doc. #12) was filed on January 12, 2006.

Because the Commissioner filed evidence in support of the Motion, the Court will construe it as a motion for summary judgment. *See* Rule 12(b), Federal Rules of Civil Procedure. To ensure Plaintiff has an adequate opportunity to present evidence in support of her Response, it is hereby **ORDERED** that she shall file

any additional evidence appropriate to the matter within ten (10) days from the date of this Order.

**DONE AND ORDERED** at Jacksonville, Florida, this __19th__ day of January, 2006.

/s/     Howard T. Snyder
HOWARD T. SNYDER
UNITED STATES MAGISTRATE JUDGE

Copies to:

Counsel of record
    and *pro se* parties, if any